UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SYED P. SHAFI,

                  Plaintiff,

- against -

BARNELAP INDUSTRIES, INC. and BARRY APFELBAUM,

                  Defendants.

------------------------------------------------------------X

**ORDER**
**09-CV-2991 (DLI)(LB)**

**BLOOM, United States Magistrate Judge:**

Defendants move to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6). By letter dated December 10, 2009, plaintiff states that defendants' counsel "did not demand any response from me," and requests an opportunity to oppose the motion.[1] Plaintiff's request is granted. Plaintiff shall serve his opposition to defendants' motion on defendants' counsel by April 23, 2010. Defendants shall serve any reply on plaintiff and electronically file the fully briefed motion by May 7, 2010. Plaintiff is encouraged to read the Pro Se Manual on how to oppose a motion and may contact the Pro Se Office at 718-613-2665 for information regarding Court procedures.

SO ORDERED.

/Signed by Judge Lois Bloom/
LOIS BLOOM
United States Magistrate Judge

Dated: March 24, 2010
       Brooklyn, New York

---

[1] Plaintiff's letter is addressed to Judge Irizarry, who referred the letter to me.